In the Matter of SAMUEL F. BERKON, Appellant, against ROBERT F. MAHONEY, as Magistrate of the City of New York, Respondent.

Argued April 16, 1945; decided May 24, 1945.

*I. Maurice Wormser* and *Samuel F. Berkon,* in person, for appellant.

*Nathaniel L. Goldstein, Attorney-General (John P. Powers, Orrin G. Judd, William F. McNulty* and *Saul A. Shames* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.